# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: Plaintiff Optronic
Technologies, Inc.'s Subpoena
to David Anderson

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>    Defendants. | Case No. 18-91<br><br>Case No. 5:16-cv-06370-EJD-VKD Pending in the Northern District of California<br><br><br>**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

Optronic Technologies, Inc. ("Orion"), by and through undersigned counsel, moves this Court for an Order pursuant to Federal Rule of Civil Procedure 45 compelling David Anderson to comply with the subpoena served on him in *Optronic Technologies, Inc. v. Ningbo Sunny Electronic Co. Ltd., et al.*, Civil Action No. 5:16-cv-06370-EJD-VKD, currently pending the United States District Court for the Northern District of California.  In support of this motion, Orion submits the accompanying memorandum, declaration, and attendant documents.  A proposed Order has also provided for the convenience of the Court.

2

| | |
|---|---|
| Dated: November 15, 2018 | WINTHROP & WEINSTINE, P.A. |
| | By   */s/ Alexander M. Hagstrom* |
| | Alexander M. Hagstrom (MN Bar 0397320)<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402<br>T 612.604.6400 \| F 612.604.6852<br>ahagstrom@winthrop.com |
| | *Counsel for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®* |

16446368v1