# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>    Defendants. | Case No. 18-mc-91-NEB-KMM<br><br>**ORDER ADOPTING JOINT STIPULATION REGARDING VOLUNTARY AGREEMENT TO APPEAR FOR DEPOSITION** |

Based on the Joint Stipulation (ECF No. 13) regarding respondent David Anderson's voluntary agreement to appear for his deposition, the Court hereby ADOPTS the Stipulation. Mr. Anderson shall appear for his deposition in Minnesota on November 28, 2018, at a mutually-convenient location that conforms with the requirements for subpoenaing a third-party witness.

Date:  November 26, 2018           *s/Katherine Menendez*
                                    Katherine Menendez
                                    United States Magistrate Judge